STATE OF NEW JERSEY v. FRAZIER GIBSON.

June 1, 1977. Leave to appeal is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded for a full hearing of the appeal on the merits.

STATE OF NEW JERSEY v. ANGEL PAGAN.

June 21, 1977. Petition for certification is dismissed as having been improvidently granted. (See 71 *N. J.* 343)

STEVEN W. SCHARALDI v. ROBERT A. KUHN.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LEWIS.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK J. KRUG.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK J. KRUG.

June 23, 1977. Cross Petition for certification denied.